UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHARLES E. PITTS                                                    PLAINTIFF

v.                      CASE NO. 4:18-CV-00728 BSM

SOCIAL SECURITY ADMINISTRATION                    DEFENDANT

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 12] is adopted, and Charles Pitts's complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 6th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE