**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CHARLES E. PITTS**                                                                 **PLAINTIFF**

**v.**                              **CASE NO. 4:18-CV-00728 BSM**

**SOCIAL SECURITY ADMINISTRATION**                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 6th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE